UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MAY -1 P 2:25

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08mj1215 |
| | ) | |
| vs. | ) | ORDER |
| Gerardo Diaz-Rios | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Marcos Alberto Carpio-Tepostc

DATED: 5-1-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by   R. Rhyne

Deputy Clerk